THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-27-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION AND NOTICE OF** |
| ) | **INTENT TO SEEK ENHANCED** |
| DONALD RAY-EDTUAN DAVIS ) | **PENALTY PURSUANT TO 21 U.S.C.** |
| a/k/a "Donald Ray Davis" ) | **SECTION 851** |
| a/k/a "Donald Ray Bishop" ) | |
| a/k/a "Murder One" ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Information and Notice of Intent to Seek an Enhanced Penalty Pursuant to Title 21, United States Code, Section 851, as required before trial or entry of a plea of guilty. This notice advises the Court and Defendant Donald Ray-Edtuan Davis, also known as "Donald Ray Davis," as "Donald Ray Bishop," and as "Murder One," that the Defendant faces enhanced punishment under Title 21, United States Code, Section 841(b), based upon a prior conviction for a felony drug offense. The conviction supporting the Defendant's felony drug conviction enhancement, includes the following:

1. On May 26, 2009, in the Superior Court for New Hanover County, North Carolina, the Defendant was convicted of Possession with Intent to Sell and Deliver Heroin ( NC File Number 03CRS17036) and Sale of Heroin (NC File Number 06CRS59352) each charge in violation of N.C.G.S. § 90-95. A copy of the certified Judgment relating to such convictions is attached as Exhibit A.

2. On July 14, 2010, in the Superior Court for New Hanover County, North Carolina, the Defendant was convicted of Possession with Intent to Manufacture, Sell, and Deliver Heroin

1

(NC File Number 07CRS054728) in violation of N.C.G.S. § 90-95(A)(1) and Possession with Intent to Manufacture, Sell, and Deliver Heroin (NC File Number 09CRS054287) in violation of N.C.G.S. § 90-95(A)(1). Copies of the certified Judgments relating to such convictions are attached as Exhibit B.

3. On February 11, 2014, in the Superior Court for New Hanover County, North Carolina, the Defendant was convicted of Felony Possession of Cocaine (NC File Number 12CRS006248) in violation of N.C.G.S. § 90-95(D)(2) and Maintaining a Vehicle/Place for Controlled Substance (NC File Number 12CRS006249) in violation of N.C.G.S. § 90-108(A)(7). Copies of the certified Amended Judgments relating to such convictions are attached as Exhibit C.

Respectfully submitted this 27th day of September, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Dennis M. Duffy
DENNIS M. DUFFY
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: dennis.duffy@usdoj.gov
N.C. State Bar No. 27225

CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of September, 2018 served a copy of the foregoing Government's Motion upon the defendant in this action by electronic mail:

James M. Ayers, II
Ayers & Haidt. P.A.
P.O. Box 1544
New Bern, NC 28563

        ROBERT J. HIGDON, JR.
        United States Attorney

        BY:   /s/ Dennis M. Duffy
        DENNIS M. DUFFY
        Assistant United States Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, North Carolina 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        Email: dennis.duffy@usdoj.gov
        N.C. State Bar No. 27225